# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

FIREFIGHTERS' RETIREMENT
SYSTEM

NO.  2022 CW 0924

VERSUS

JOSEPH R. GRECO, JR., DAVID
G. SAUNDERS, ARTHUR ZINK,
JR., KATHLEEN DONOVAN,
ROBERT DARCEY, STEVEN MUTZ,
SCOTT BERTHOLOT, AND MICHAEL
REASON

OCTOBER 24, 2022

---

In Re:    Firefighters'  Retirement  System,  applying  for
          supervisory  writs,  19th  Judicial  District  Court,
          Parish of East Baton Rouge, No. 641387.

---

**BEFORE:  McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

**WRIT  DENIED.**    The  criteria  set  forth  in  **Herlitz
Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,**
396 So.2d 878 (La. 1981) (*per curiam*) are not met.

                              JMM
                              PMc

    **Holdridge, J.,** concurs and would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

_____
     DEPUTY CLERK OF COURT
       FOR THE COURT